IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Kevin Bryant, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>Aetna Life Insurance Company and The )<br>Boeing Company, )<br>)<br>      Defendants. ) | CERTIFICATE OF SERVICE<br><br>C.A. No._____ |

The undersigned certifies that on August 27, 2014 she caused to have served copies of the Notice of Removal and Notice of Electronic Filing of the Notice of Removal, with attachments; Notice of Filing Notice of Removal; and Acknowledgment of the State Clerk of Court to be executed by the Clerk, by depositing in the U.S. Mail with prepaid postage affixed and addressed as follows:

Mr. John Robert Peace  
John Robert Peace, P.A.  
P.O. Box 8087  
Greenville, SC  29604-8087

                                          s/Jennifer E. Johnsen  
                                          Jennifer E. Johnsen (Fed. ID No. 5427)  
                                          Lauren T. Maxwell (Fed. ID No. 11465)  
                                          GALLIVAN, WHITE & BOYD, P.A.  
                                          55 Beattie Place, Suite 1200  
                                          P.O. Box 10589  
                                          Greenville, SC  29603  
                                          (864) 271-9580  
                                          (864) 271-7502 (fax)

                                          Attorneys for Defendants,  
                                          Aetna Life Insurance Company and  
                                          The Boeing Company